

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>ERNIE LEO ESTRADA,<br><br>　　　　　　Defendant. | ED CR14-00107 VAP-44<br><br>ORDER OF DETENTION AFTER HEARING (Fed.R.Crim.P. 32.1(a)(6) Allegations of Violations of Probation/ Supervised Release Conditions) |

On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

The court finds no condition or combination of conditions that will reasonably assure:

(A) ☒ the appearance of defendant as required; and/or

(B) ☒ the safety of any person or the community.

//

//

The court concludes:

A. ☒ Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that:

_he will refrain from criminal activity; Defendant continues to have substance abuse issues_

(B) ☒ Defendant is a flight risk because defendant has not shown by clear and convincing evidence that:

_he will comply with conditions of release. Also, no bail resources._

IT IS ORDERED that defendant be detained.

DATED: 6/2/17

_SH Segal_
SUZANNE H. SEGAL
UNITED STATES MAGISTRATE JUDGE